

IN THE

TENTH COURT OF APPEALS

_____

No. 10-09-00166-CV

IN RE VAUGHN BIRDWELL

_____

Original Proceeding

---

## MEMORANDUM  OPINION

---

The petition for writ of mandamus is dismissed as moot.


REX D. DAVIS
Justice

Before Chief Justice Gray,
     Justice Reyna, and
     Justice Davis
Petition dismissed as moot
Opinion delivered and filed June 17, 2009
[OT06]